On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.

 the result is correct.

■

260 So.2d 318

**Warren LATHAN, Jr.**

v.

**CITY OF BATON ROUGE and Parish of East Baton Rouge.**

No. 52347.

April 13, 1972.

■

260 So.2d 318

**Mosel V. ARMSTRONG**

v.

**JEFFERSON DISPOSAL COMPANY et al.**

No. 52348.

April 13, 1972.

 On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

260 So.2d 318

**STATE of Louisiana ex rel. Willie Joseph LeBLANC**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52356.

April 13, 1972.

 Since an evidentiary hearing has been ordered held on April 18, 1972, the matter is moot.